**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ANDCO, INC. d/b/a ANDERSON MOTORS,

Plaintiff,

v.

WORKHORSE CUSTOM CHASSIS, LLC and WORKHORSE SALES CORP.,

Defendants.

C.A. No.: 07-

CA 07 159 T

## NOTICE OF REMOVAL

Defendants Workhorse Custom Chassis, LLC and Workhorse Sales Corp. (collectively, "Workhorse"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, respectfully submits this notice to remove Andco, Inc. d/b/a Anderson Motors v. Workhorse Custom Chassis, LLC and Workhorse Sales Corp., pending in the Superior Court, Providence, Rhode Island. In support of its Notice of Removal, Workhorse states as follows:

1. On May 7, 2007, Plaintiff Andco, Inc. ("ANDCO") filed a Complaint in the Superior Court, Providence, Rhode Island, which was assigned Case PC No. 07-2332. Workhorse was served with the Summons and Complaint on or about May 7, 2007. (A copy of the Summonses and Complaint served on Workhorse is attached as Exhibits 1 and 2, respectively).

2. ANDCO is a Rhode Island corporation with its principal place of business in Providence, Rhode Island. (Compl. ¶1, Ex. 2). Defendant Workhorse Custom Chassis, LLC is an Illinois corporation with its principal place of business in Illinois. Defendant Workhorse Sales Corp. is a Delaware corporation with its principal place of business in Illinois.

3. ANDCO filed this action seeking money damages, temporary, preliminary and permanent injunctive relief and a declaration that Workhorse must rescind its notice of non-renewal of its dealer agreement with ANDCO and allow the ANDCO to continue as a Workhorse dealer. (Compl. at 8-10, Ex. 2). ANDCO claims that if Workhorse does not renew its dealer agreement ANDCO will "suffer irreparable harm, and damages that could not possibly be measured, e.g., ANDCO would lose immeasurable sales of Workhorse new trucks, ANDCO would loose [sic] immeasurable sales of Workhorse factory parts and accessories, ANDCO would lose immeasurable Workhorse authorized warranty and non-warranty service business, and ANDCO's goodwill and reputation would be irreparably damaged." (Compl. ¶34, Ex. 2).

4. Because the parties are completely diverse and because the amount in controversy exceeds $75,000, this Court has original jurisdiction by reason of diversity of citizenship under 28 U.S.C. § 1332 and this case is properly removable under 28 U.S.C. 1441(a).

5. This Notice of Removal is timely filed pursuant to 28 U.S.C. 1446(b) and Rule 6 of the Federal Rules of Civil Procedure.

6. Workhorse has filed a copy of its Notice of Removal with the Clerk of the Superior Court, Providence, Rhode Island to effect removal of this action to the United States District Court pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendants Workhorse Custom Chassis, LLC and Workhorse Sales Corp. hereby remove this case, which was assigned Case PC No. 07-2332, currently pending in Superior Court, Providence, Rhode Island.

Dated: May 7, 2007

Respectfully submitted,

WORKHORSE CUSTOM CHASSIS LLC and
WORKHORSE SALES CORP.

Geoffrey W. Millsom (#6483)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604

*Of Counsel:*

Michael R. Levinson
Louis S. Chronowski
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5891
Fax: (312) 460-7891

Attorneys for Workhorse Custom Chassis LLC
and Workhorse Sales Corp.

## CERTIFICATE OF SERVICE

The undersigned attorney, Geoffrey W. Millsom, hereby certifies that a true and correct copy of the foregoing Notice of Removal was served upon:

Joshua Teverow, Esq.
55 Pine Street
Providence, Rhode Island 02903

by Hand Delivery on this 7th day of May, 2007.

Geoffrey W. Millsom