**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ANDCO, INC. d/b/a ANDERSON MOTORS,<br><br>Plaintiff,<br><br>v.<br><br>WORKHORSE CUSTOM CHASSIS, LLC and WORKHORSE SALES CORP.,<br><br>Defendants. | : | C.A. No.: 07-00159-T-LDA |

**ENTRY OF APPEARANCE**

Please enter the appearances of Geoffrey W. Millsom and James R. Oswald in the above referenced matter as counsel for Defendants.

Dated: May 8, 2007

Respectfully submitted,

WORKHORSE CUSTOM CHASSIS LLC
and WORKHORSE SALES CORP.

/s/ Geoffrey W. Millsom

Geoffrey W. Millsom (#6483)
James R. Oswald (#5727)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604

*Of Counsel:*

Michael R. Levinson
Louis S. Chronowski
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5891
Fax: (312) 460-7891

Attorneys for Workhorse Custom Chassis LLC
and Workhorse Sales Corp.

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Entry Of Appearance through the ECF system on the8th day of May, 2007, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 07-00159-T-LDA and was sent by regular mail to the following counsel of record:

| | |
|---|---|
| Joshua Teverow, Esq.<br>55 Pine Street<br>Providence, Rhode Island 02903 | |

/s/ Geoffrey W. Millsom