**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ANDCO, INC. d/b/a ANDERSON MOTORS,<br><br>Plaintiff,<br><br>v.<br><br>WORKHORSE CUSTOM CHASSIS, LLC and WORKHORSE SALES CORP.,<br><br>Defendants. | : | C.A. No.: 07-00159-T-LDA |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Workhorse Custom Chassis, LLC states that it is a wholly-owned subsidiary of Workhorse International Holding Co. No publicly held corporation owns 10% or more of Workhorse Custom Chassis, LLC's membership interests. Defendant Workhorse Sales Corp. states that it is a wholly-owned subsidiary of Workhorse Custom Chassis, LLC. No publicly held corporation owns 10% or more of Workhorse Sales Corp.'s stock. Navistar International Corporation indirectly owns and controls Workhorse Custom Chassis, LLC and Workhorse Sales Corp. and Navistar International Corporation is a public company. No public company directly owns Workhorse Custom Chassis, LLC or Workhorse Sales Corp.

Dated: May 8, 2007

Respectfully submitted,

WORKHORSE CUSTOM CHASSIS LLC
and WORKHORSE SALES CORP.

/s/ Geoffrey W. Millsom

Geoffrey W. Millsom (#6483)
James R. Oswald (#5727)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604

*Of Counsel:*

Michael R. Levinson
Louis S. Chronowski
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5891
Fax: (312) 460-7891

Attorneys for Workhorse Custom Chassis LLC
and Workhorse Sales Corp.

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Rule 7.1 Disclosure Statement through the ECF system on the 8th day of May, 2007, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 07-00159-T-LDA and was sent by regular mail to the following counsel of record:

| | |
|---|---|
| Joshua Teverow, Esq.<br>55 Pine Street<br>Providence, Rhode Island 02903 | |

/s/ Geoffrey W. Millsom