# AFFIDAVIT OF WILLIAM D. BEACH

Pursuant to 28 U.S.C. § 1746, I, William D. Beach, declare under penalty of perjury, that the following statements are true and correct:

1. I am the Director of Dealer Operations/Commercial Retail Sales for Workhorse Custom Chassis, LLC ("Workhorse"). I have full knowledge of, and am competent to testify to, all matters stated herein.

2. Anderson Motors, Incorporated ("ANDCO") became an authorized Workhorse dealer on May 1, 1999, pursuant to an Authorized Dealer Agreement.

3. In my position at Workhorse, I am responsible for monitoring, and I have access to, business records, which show sales by Workhorse dealers, including ANDCO. Those business records track sales of dealer parts, chassis, and service/warranty. Those records are maintained in the ordinary course of business and it is part of the ordinary course of business to maintain such records.

4. ANDCO's total revenues from the sale of Workhorse chassis, parts, and warranty service were as follows for each calendar year from 2002 through April 30, 2007:

| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|
| Parts | $0.00 | $27,605.00 | $18,410.00 | $17,386.00 | $9,718.00 | $2,182.00 |
| Service/Warranty | $10,075.89 | $2,781.95 | $1,032.30 | $4,384.73 | $4,015.94 | $1,673.30 |
| Chassis Sales | $38,738.93 | $98,885.87 | $81,648.89 | $178,126.87 | $20,691.39 | $0.00 |
| TOTAL: | $48,814.82 | $129,272.82 | $101,091.19 | $199,897.60 | $34,425.33 | $3,855.30 |

Executed on May 10, 2007.

[signature]
William D. Beach

CH2 20201800.1

**EXHIBIT A**