**Affidavit of Michael R. Levinson**

Pursuant to 28 U.S.C. ¶ 1746, I, Michael R. Levinson, declare under penalty of perjury, that the following statements are true and correct:

1. I am counsel for Defendants Workhorse Custom Chassis, LLC and Workhorse Sales Corp. ("Workhorse"). I have full knowledge of, and am competent to testify to, all matters stated herein.

2. On April 19, 2007, I received from Workhorse a copy of a letter that Joshua Teverow wrote to Bill Beach of Workhorse. Mr. Teverow asked to be in contact with Workhorse's general counsel, to "discuss the dealer status of Anderson Motors and related legal issues." The next day, I wrote to Mr. Teverow, told him that I was outside counsel for Workhorse, and advised him that "I would be happy to discuss the dealer status of Anderson Motors" with him.

3. Later, on April 20, I spoke with Mr. Teverow. Mr. Teverow told me that he understood, and I confirmed, that the $1.1 million from the operating account of Patriot International and transferred to ANDCO was one of the "illegal, deceptive, misleading and unethical practices" underlying non-renewal of ANDCO's agreement. I also advised Mr. Teverow that ANDCO's refusal to return Patriot property and ANDCO's interference with Patriot's business operations through ADP were other such practices.

4. On April 26, 2007, I had another conversation with Mr. Teverow. He again told me that he understood that the $1.1 million and transferred to ANDCO was at least one of the practices on which Workhorse relied on for its non-renewal of ANDCO based on a violation of paragraph 8.4.6.

Executed on May 11, 2007.

Michael R. Levinson

CH2 20201801.1

**EXHIBIT C**