# GENERAL MANAGEMENT AGREEMENT

THIS AGREEMENT, made this 1st day of December, 2005 by and between Patriot International Trucks, LLC, a Delaware LLC with its principal place of business in, Medford,Ma. , ("Dealership"), and John Anderson ("Manager"):

WITNESSETH:

WHEREAS, Dealership desires to employ Manager in the capacity of General Manager and to provide for his compensation and duties while acting in such capacity; and

WHEREAS, Dealership desires to set forth Manager's rights to acquire a proprietary interest in the Dealership,

NOW THEREFORE,

1. Dealership employs the Manager to act as general manager of Dealership at the will of its Board of Directors and to conduct the business of the Dealership under the supervision and direction of its Board of Directors in accordance with the By-Laws and charter of the Dealership Corporation. Manager hereby accepts such employment and agrees to perform the duties incident thereto to the best of his abilities in a faithful manner and in the best interests of the Dealership.

2. As compensation for the performance of the services required hereunder, the Dealership shall pay to the Manager a monthly fee in the sum of Twenty Thousand dollars and zero cents ($20,000.00), or such sum as may from time to time maybe be fixed by it's Board of Directors. The monthly fee will be paid to Anderson Motors.

3. Manager shall not use any of the funds of the Dealership for his own use and shall not take from Dealership, or cause to be paid for his benefit, any of the funds of Dealership and shall not accept or take as compensation for services any sum whatsoever except such compensation as is provided in this Agreement or authorized by resolution by the Board of Directors.

4. Manager recognizes that during the term of the Agreement and prior to any acquisition by him of common stock of Dealership, the Board of Directors of Dealership, at its sole discretion, may declare dividends to a stockholder in the full amount permitted by law, and manager acknowledges that he shall have no right with respect to such dividends.

5. This Agreement shall not be assigned by either party without the written consent of the other and all of the terms and conditions herein contained shall insure to

EXHIBIT D