EXHIBIT B

February 1, 2007

Mr. John E. Anderson
Anderson Motors
170 Amaral Street
East Providence, Rhode Island 02915

Re: ***Authorized Dealer Agreement dated May 1, 1999***

Dear Mr. Anderson:

This letter is being sent pursuant to Section12.1 of the Authorized Dealer Agreement and in accordance with Rhode Island Motor Vehicle Act Section 31-5.1-4 (d)(5).

Please be advised that Workhorse Custom Chassis, LLC will not renew the Dealer Agreement as of May 5, 2007. The reason for the non-renewal is violation of Section 8.4.6 of the Dealer Agreement. This termination will take effect on May 7, 2007. We will be in contact with you prior to that date to discuss any termination issues that need to be addressed. In the meantime, please do not hesitate to contact the undersigned if you have any questions.

Sincerely,

**Workhorse Custom Chassis, LLC.**

Bill Beach
Director of Dealer Operations

*104 Saratoga Court*
*Nicholasville, Kentucky 40356*
*Direct: 859-312-7827*
*Fax: 859-887-4210*
*Electronic: bbeach@workhorse.com*