EXHIBIT C

## 3. DEALER OWNER/OPERATOR

3.1 **Dealer Ownership Requirements**. Workhorse enters into this Agreement in reliance on the qualifications of the dealer owner(s) identified in **Appendix B** ("Dealer Owner"). Dealer agrees that each Dealer Owner will continue to own, both of record and beneficially, the percentage of equity and voting rights stated in **Appendix B**, unless a change is made in accordance with Section 10.

3.2 **Services of Dealer Operator**. This is a personal services agreement, entered into in reliance on the qualifications of the person designated by Dealer to operate the business as identified in **Appendix B** ("Dealer Operator") and on Dealer's assurance that Dealer Operator will provide personal services by exercising full managerial authority over dealership operations.

## Appendix B

## DEALER OWNER(S) AND DEALER OPERATOR

The following persons own Dealer:

| Name | Address | Percentage of Equity Ownership | Voting Interest |
|---|---|---|---|
| John E. Anderson | 279 Nayatt Rd.<br>Barrington, RI 02806 | 51% | 51% |
| Judith Anderson | 279 Nayatt Road<br>Barrington, RI 02806 | 49% | 49% |

The following Dealer Owner will act as the Dealer Operator:

John E. Anderson