**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ANDCO, INC. d/b/a ANDERSON MOTORS,<br><br>Plaintiff,<br><br>v.<br><br>WORKHORSE CUSTOM CHASSIS, LLC and WORKHORSE SALES CORP.,<br><br>Defendants. | : | C.A. No.: 07-00159-T-LDA |

**DEFENDANTS' MOTION TO EXCEED PAGE LIMITS**

Pursuant to this Court's Local Rule (7)(d)(3), Defendants Workhorse Custom Chassis, LLC and Workhorse Sales Corporation (collectively "Workhorse"), hereby move to extend the page limits for Defendants' memorandum of law and exhibits in opposition to Plaintiff's Motion for a Preliminary Injunction. Specifically, Workhorse seeks to extend the page limitation on its memorandum of law from ten to twenty pages and the page limitation for exhibits from ten to sixty pages. The facts and arguments in support of Workhorse's motion are set forth in the accompanying memorandum of law.

Dated: May 21, 2007

Respectfully submitted,

WORKHORSE CUSTOM CHASSIS LLC
and WORKHORSE SALES CORP.

/s/ James R. Oswald

James R. Oswald (#5727)
Geoffrey W. Millsom (#6483)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604

Michael R. Levinson
Louis S. Chronowski
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5891
Fax: (312) 460-7891

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Defendant's Motion to Exceed Page Limits through the ECF system on the 21st day of May, 2007, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 07-00159-T-LDA and was sent by regular mail to the following counsel of record:

| |
|---|
| Joshua Teverow, Esq.<br>55 Pine Street<br>Providence, Rhode Island 02903 |

/s/ James R. Oswald