**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ANDCO, INC. d/b/a ANDERSON MOTORS,
Plaintiff,

VS.

C.A. No.: 07-00159-T-LDA

WORKHORSE CUSTOM CHASSIS, LLC and
WORKHORSE SALES CORP.,
Defendants.

**ORDER**

This matter having been heard in chambers on the Plaintiff's Motion for a Temporary Restraining Order, it is hereby ordered as follows:

1. The Defendant Workhorse Custom Chassis, LLC is hereby temporarily restrained and enjoined from terminating or non-renewing the Plaintiff's Workhorse brand truck franchise pending the completion of the Preliminary Injunction Hearing and related ruling, which hearing is scheduled for May 29, 2007.
2. The Plaintiff shall post a $50,000 bond with surety.

ENTER:

Ernest C Torres
5/22/07

PER ORDER:

PRESENTED BY:

Joshua Teverow, Esquire (#2132)
Joshua Teverow, Esquire, Ltd.
55 Pine Street
Providence, RI 02903
(401) 272-2900
(401) 331-2656 Fax

Dated: May 21, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing Order electronically or by fax on the 21st day of May, 2007 to all counsel who are registered participants identified on the Mailing Information for Case No. 07-00159-T-LDA.

James R. Oswald, Esquire
joswald@apslaw.com

Geoffrey W. Millsom
gmillsom@apslaw.com

Louis S. Chronowksi, Esquire
Michael R. Levinson, Esquire
Fax: 1-312-460-7891

Jessica Bonner