**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ANDCO, INC. d/b/a ANDERSON MOTORS,

Plaintiff,

v.

WORKHORSE CUSTOM CHASSIS, LLC and WORKHORSE SALES CORP.,

Defendants.

C.A. No.: 07-00159-T-LDA

**DEFENDANTS' SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION TO EXCEED PAGE LIMITS**

Pursuant to this Court's May 22, 2007 Order, Defendants Workhorse Custom Chassis, LLC and Workhorse Sales Corporation (collectively "Workhorse") respectfully submit this Supplemental Memorandum of Law in support of their motion to extend the page limits for Defendants' memorandum of law and exhibits in opposition to Plaintiff's Motion for a Preliminary Injunction.

In an effort to further streamline the preliminary injunction hearing, and to present the Court with the specific information that it requested during the hearing on the motion for a temporary restraining order, Workhorse has reduced the number of pages in both its proposed memorandum in support of its opposition to the Motion for Preliminary Injunction, and the exhibits in support thereof. Workhorse respectfully requests that it be permitted to file a memorandum totaling no more than 15 pages (instead of the extension

to 20 pages as originally requested), and exhibits totaling 19 pages (instead of the extension to 60 pages as originally requested).

Workhorse intends to file the following affidavits and/or exhibits in support of its opposition papers (total of 19 pages):

1. Affidavit of Paul Kovac (6 pages; 12 pages of exhibits).

Mr. Kovac is the President of Patriot International Trucks, LLP ("Patriot"). Mr. Kovac's affidavit is being offered to present evidence of ANDCO's wrongdoing, via testimony and documents attached as exhibits to the Affidavit. These exhibits include (A) the relevant portion of the Patriot LLC Agreement; (B) the relevant portion of Patriot's Dealer Sales/Maintenance Agreement with International Truck and Engine Corporation; (C) the relevant portion of the General Management Agreement between Patriot and John Anderson, Jr.; (D) copies of the front and back of check number 2544, dated October 3, 2006 and signed by John E. Anderson, Jr., for $1.1 million dollars, drawn on Patriot's bank account and made payable to Anderson Motors, Inc.; and (E) a letter dated October 10, 2006, from John McGreen, Esq. to ITEC's counsel.

Mr. Kovac's Affidavit and the exhibits thereto are being offered specifically to demonstrate the illegal, deceptive, misleading and unethical practices engaged in by ANDCO that support the basis for Workhorse's non-renewal of the Authorized Dealer Agreement.

2. Declaration of Louis Chronowski, Esq. (1 page).

Attorney Chronowski is counsel for Defendants. His declaration is being offered to present evidence of a telephone call on February 20, 2007 between him and counsel for ANDCO relating to Workhorse's notice of non-renewal to ANDCO.

Dated: May 22, 2007

Respectfully submitted,

WORKHORSE CUSTOM CHASSIS LLC
and WORKHORSE SALES CORP.

/s/ James R. Oswald

James R. Oswald (#5727)
Geoffrey W. Millsom (#6483)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604

Michael R. Levinson
Louis S. Chronowski
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5891
Fax: (312) 460-7891

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Defendants' Supplemental Memorandum of Law in Support of Motion to Exceed Page Limits through the ECF system on the 22nd day of May, 2007, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 07-00159-T-LDA and was sent by regular mail to the following counsel of record:

| |
|---|
| Joshua Teverow, Esq.<br>55 Pine Street<br>Providence, Rhode Island 02903 |

/s/ James R. Oswald

*418471_1.doc*