# DECLARATION OF LOUIS S. CHRONOWSKI

Pursuant to 28 U.S.C. § 1746, I, Louis S. Chronowski, declare under penalty of perjury that the following statements are true and correct:

1. I am counsel for Defendants Workhorse Custom Chassis, LLC and Workhorse Sales Corp. ("Workhorse"). I have full knowledge of, and am competent to testify to, all matters stated herein.

2. On February 20, 2007, Massachusetts attorney Paul Marshall Harris called me regarding Workhorse's notice of non-renewal sent to Plaintiff Andco, Inc. ("ANDCO"). At the time, Mr. Harris was, and had been since about October 2006, lead counsel for John E. Anderson, Jr., James E. Anderson and ANDCO in the matter pending in Massachusetts regarding Patriot International. Mr. Harris told me, in words or in substance, that he understood that the basis for Workhorse's non-renewal was the fact that the Anderson's and ANDCO took $1.1 million from Patriot. Mr. Harris did not tell me that he had any question regarding what constituted the basis for the statement in the non-renewal that ANDCO had violated 8.4.6 of the Agreement. Instead, Mr. Harris demanded that Workhorse withdraw the notice because, according to him, the actions of John E. Anderson, Jr., James E. Anderson and ANDCO in Massachusetts, including the taking of $1.1 million from the operating account of Patriot International, did not justify the non-renewal of the Workhorse-ANDCO agreement. Mr. Harris voiced no concern about Workhorse's notice of non-renewal. After talking to Mr. Harris for several minutes, I told him that Workhorse would not withdraw its notice of non-renewal because the actions of John E. Anderson, Jr., James E. Anderson and ANDCO in connection with the Patriot International dealership, including the taking of $1.1 million from Patriot International, constituted illegal, deceptive, misleading, or unethical practices in violation of the Workhorse-ANDCO agreement.

Executed on May 24, 2007.

Louis S. Chronowski