UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**ANDCO, INC. dba ANDERSON MOTORS,**

vs. CA No. 07-00159-T-LDA

**WORKHORSE CUSTOM CHASSIS,LLC and**
**WORKHORSE SALES CORP.**

## MOTION FOR PRELIMINARY INJUNCTION

Now comes the Plaintiff, ANDCO, Inc. d/b/a Anderson Motors ("ANDCO"), and hereby requests that the Court issue a preliminary injunction restraining and enjoining Defendant Workhorse Custom Chassis, LLC ("Workhorse") from terminating ANDCO's Workhorse truck franchise.

ANDCO, INC. d/b/a ANDERSON
MOTORS,
By its attorney,

/s/ Joshua Teverow

Joshua Teverow, Esquire (#2132)
Joshua Teverow, Esquire, Ltd.
55 Pine Street
Providence, Rhode Island 02903
401-272-2900 (Phone)
401-331-2656 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Plaintiff's Motion for Preliminary Injunction through the ECF system on the 24th day of May, 2007, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 07-00159-T-LDA, and by facsimile to counsel admitted *pro hac vice*.

James R. Oswald, Esquire
joswald@apslaw.com

Geoffrey W. Millsom
gmillsom@apslaw.com

Louis S. Chronowksi, Esquire
Michael R. Levinson, Esquire
Fax: 1-312-460-7891

/s/ Joshua Teverow