HARCO
NATIONAL INSURANCE COMPANY

2850 West Golf Road
Rolling Meadows, Illinois 60008

**Toll Free 800-448-4642**
**Fax 847-321-4810**

P.O. Box 68309
Schaumburg, Illinois 60168-0309

**Claims Toll Free 800-822-4429**
**Claims Fax 847-321-4812**

# FINANCIAL GUARANTEE BOND

KNOW ALL MEN BY THESE PRESENTS THAT

ANDERSON MOTORS, INC. ANDCO CO.
(INSURED)

170 AMARAL STREET, EAST PROVIDENCE, RI 02915
(ADDRESS OF INSURED)

A CORPORATION, HEREINAFTER CALLED PRINCIPAL,

AND HARCO NATIONAL INSURANCE COMPANY
(NAME OF SURETY)

2850 W. GOLF ROAD, ROLLING MEADOWS, IL 60008
(ADDRESS OF SURETY)

HERINAFTER CALLED SURETY, ARE HELD AND FIRMLY BOUND UNTO

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND
(Name of Obligee)

hereinafter called Obligee, in the penal sum of

FIFTY THOUSAND DOLLARS

Dollars, ( $50,000 ) in lawful money of the United State for the payment of which sum well and truly to be made, we bind ourselves, successors, and assigns, jointly and severally, firmly by these presents.

WHEREAS, Principal has submitted or is about to submit a proposal for Obligee on a contract for:

MANUFACTURING GUARANTEE

Now, THEREFORE, if Principal shall faithfully perform such contract or shall indemnify and save harmless the Obligee from all cost and damage by reason of Principal's failure to do so, then this obligation shall be null and void; otherwise it shall remain in full force and effect. The surety shall not be held responsible for any damages resulting if the fulfillment of the terms of the contract are delayed or prevented by wars, acts of public enemies, strikes, fires, floods, acts of God, or any circumstances not within the control of the Principal and which by the exercise of reasonable diligence the Principal is unable to prevent.

The term of this Bond shall commence May 22, 2007 and shall continue in full force and effect until terminated by sixty (60) days written notice of cancellation.

Signed, sealed and dated MAY 22, 2007

Principal

John E. Anderson

SIGNATURE (SEAL)

John E. Anderson

NAME

President.

TITLE

HARCO NATIONAL INSURANCE COMPANY

Jean M McCabe

SIGNATURE (SEAL)

Jean M. McCabe

NAME

ATTORNEY IN FACT

TITLE