**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ANDCO, INC. d/b/a ANDERSON MOTORS,<br><br>Plaintiff,<br><br>v.<br><br>WORKHORSE CUSTOM CHASSIS, LLC and WORKHORSE SALES CORP.,<br><br>Defendants. | C.A. No.: 07-CV-159 |

**STIPULATION OF FACTS**

Plaintiff ANDCO d/b/a Anderson Motors ("ANDCO") and Defendants Workhorse Custom Chassis, LLC and Workhorse Sales Corp. stipulate to the following facts:

1. Exhibit 1 is a true and correct copy of the Workhorse/ANDCO Agreement, dated May 1, 1999.

2. Exhibit 2 is a true and correct copy of Workhorse's February 1, 2007 letter of non-renewal.

3. ITEC organized Patriot International Trucks, LLC ("Patriot") in August 2004 and Patriot is and always has been wholly-owned by ITEC.

4. Exhibit 3 is a true and correct copy of the Dealer Sales/Maintenance Agreement establishing Patriot as an International Truck and Engine Corporation dealer.

5. Neither John Anderson, Jr. ("John, Jr."), James Anderson nor ANDCO invested any monies whatsoever in the operation of the Patriot dealership

6. Exhibit 4 is a true and correct copy of the General Management Agreement between Patriot and John Anderson, Jr. ("John, Jr.").

7. On October 3, 2006, Patriot terminated the General Management Agreement and revoked John Jr.'s authority to operate the dealership, including his and James Anderson's ("James") authority to access Patriot's bank accounts.

8. Later that day, John Jr. and James wrote a check on Patriot's operating account at Century Bank in Medford, Massachusetts for $1.1 million, made payable to ANDCO.

9. Exhibit 5 is a true and correct copy of the $1.1 million check.

10. John, Jr. deposited that check into an ANDCO bank account.

11. John, Jr. then wrote a check on ANDCO's account for $1.1 million and made payable to ANDCO's attorney.

12. Exhibit 6 is a true and correct copy of a letter dated October 10, 2006 from ANDCO's attorney to Patriot's attorney.

13. Exhibit 7 is a true and correct copy of the November 30, 2006 decision and order by Judge Issac Borenstein.

14. ANDCO's direct purchases from Workhorse are as follows:

| | **2002** | **2003** | **2004** | **2005** | **2006** | **2007** |
|---|---|---|---|---|---|---|
| Parts | $0.00 | $27,605.00 | $18,410.00 | $17,386.00 | $9,718.00 | $2,182.00 |
| Service/Warranty | $10,075.89 | $2,781.95 | $1,032.30 | $4,384.73 | $4,015.94 | $1,673.30 |
| Chassis Sales | $38,738.93 | $98,885.87 | $81,648.89 | $178,126.87 | $20,691.39 | $0.00 |
| TOTAL: | $48,814.82 | $129,272.82 | $101,091.19 | $199,897.60 | $34,425.33 | $3,855.30 |

15. The ANDCO direct purchases from Workhorse set forth in paragraph 14 above do not reflect additional ANDCO business not covered by the ANDCO-Workhorse agreement, including non-warranty service, non-Workhorse part sales for Workhorse vehicles such as brakes, sale of used vehicles with Workhorse chassis, sale or re-sale of Workhorse chassis purchased from other dealers and the sale of bodies installed on Workhorse chassis.

16. ANDCO's gross annual sales are as follows:

| | |
|---|---|
| 2002 | $9.3 million |
| 2003 | $10 million |
| 2004 | $11.5 million |
| 2005 | $13.3 million |
| 2006 | $9.6 million |
| YTD 2007 | |

17. ANDCO is a highly-successful, multi line motor vehicle dealer that is owned and operated by members of the Anderson family -- John Anderson, Sr., John Jr., James, and Jeffery Anderson. ANDCO sells and services Volvo, GMC, Autocar Trucks, Fleetway Trailers and truck bodies, and a variety of accessory products and equipment, such as plows and tarping systems.

18. Exhibit 8 is a true and correct copy of pages from ANDCO's website.

**DATED: May 25, 2007.**

Respectfully submitted,

ANDCO, INC. d/b/a ANDERSON MOTORS

By s/ Joshua Teverow
One of Its Attorneys

Joshua Teverow, Esquire
JOSHUA TEVEROW, ESQUIRE, LTD.
55 Pine Street
Providence, RI 02903
(401) 272-2900 (telephone)
(401) 331-2656 (facsimile)

**DATED: May 25, 2007.**

Respectfully submitted,

WORKHORSE CUSTOM CHASSIS, LLC
and WORKHORSE SALES CORP.

By s/ James R. Oswald
One of Their Attorneys

Michael R. Levinson
Louis S. Chronowski
SEYFARTH SHAW LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000 (telephone)
(312) 460-7000 (facsimile)

James R. Oswald
Geoffrey W. Millsom
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 274-7200 (telephone)
(401) 751-0604 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Stipulation of Facts through the ECF system on the 25th day of May, 2007, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 07-00159-T-LDA and was sent by regular mail to the following counsel of record:

| |
|---|
| Joshua Teverow, Esq.<br>55 Pine Street<br>Providence, Rhode Island 02903 |

/s/ James R. Oswald