UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**ANDCO,INC. dba ANDERSON MOTORS,**

vs. CA No. 07-00159-T-LDA

**WORKHORSE CUSTOM CHASSIS,LLC and**
**WORKHORSE SALES CORP.**

**AFFIDAVIT OF IRREPARABLE HARM OF JOHN E. ANDERSON, SR. IN SUPPORT OF PLAINTIFF'S REQUEST FOR INJUNCTIVE RELIEF**

I, John E. Anderson, Sr., on oath, hereby depose and state as follows:

1. I submit this Affidavit, based on personal knowledge, in support of the Plaintiff's Request for Injunctive Relief in the within matter.

2. In 1964, I established ANDCO, Inc. ("ANDCO"), a corporation organized and existing pursuant to the laws of the State of Rhode Island. Since 1983, ANDCO has done business under a d/b/a, "Anderson Motors," which is a highly successful, multi-line, truck dealership in East Providence, Rhode Island.

3. Currently, ANDCO sells and services new Volvo and GMC Trucks, Workhorse Step Vans, and Fleetway Trailers & Truck Bodies. I am the Dealer Principal for all of these manufacturers. My wife (Judith Anderson)

and I currently own the ANDCO dealership in East Providence, Rhode Island.

4. ANDCO has been a Workhorse dealer since May 1, 1999 when Workhorse acquired the GMC product line known as the so-called "P-series" trucks, which then became known as the "Workhorse Step Van" truck, the same vehicle which ANDCO had sold for many years prior when the truck was manufactured by GMC.

5. My wife and I are the only contracting parties to the Workhorse franchise agreement. Since the inception of its franchise agreement with Workhorse, ANDCO has served without incident and in excellent status as a franchised licensed dealer in Rhode Island and surrounding region for Workhorse trucks.

6. In the beginning of February 2007, ANDCO received a letter (the "Termination Notice") from Workhorse, purporting to terminate ANDCO's Workhorse truck franchise based on an alleged violation by ANDCO of Section 8.4.6 of the Dealer Agreement between ANDCO and Workhorse.

7. Neither ANDCO nor I were advised of the details of the alleged violation by ANDCO of Section 8.4.6 of the Dealer Agreement between ANDCO and Workhorse prior to the termination letter. Even at this time, the purported reason for termination subsequently imparted to our former attorney is a pretext only and has nothing to do with any activity by ANDCO.

8. I am aware of no factual basis that could constitute an alleged breach by ANDCO of the Workhorse franchise agreement or which could serve as a basis for a termination of its Workhorse franchise agreement.

9. I have never received a statement of the reasons why Workhorse is attempting to terminate ANDCO, and I believe that this failure to notify is a bad faith breach of the franchise agreement and violates the statutory requirements to terminate only for good cause of the Rhode Island dealer protection laws.

10. I believe that a loss of the Workhorse franchise will cause me and ANDCO irreparable harm for the following reasons:

a. Under the Workhorse dealer franchise agreement, ANDCO sells vehicles, and parts and services for the Workhorse Step Van ("Workhorse truck"), which is a vehicle that serves broad and numerous transportation and trucking application needs. Among the types of transportation and trucking applications for which the Workhorse truck is used are, for example, laundries, cleaners, bakeries, snack foods, plumbing, carpenter/electricians, catering, gas and telecommunications, utilities (Nationall Grid), public works vehicles of cities and towns, college and university vehicle needs, and mail delivery such as Fed-X, UPS, and US mail. The Workhorse truck is an equipment vehicle in limited supply, and if a customer approaches us with an application need based upon certain specifications, very often the only appropriate vehicle to meet that application need is the Workhorse truck. There are no substitutes for this truck for certain types of transportation and trucking requirements. A majority of our customer base relies, or will

in the future need to rely, in some part, on the availability of the Workhorse truck to service that customer's needs.

b. ANDCO is a long established truck dealership in Rhode Island and the region and is the only dealer authorized to sell, service and supply parts for Workhorse trucks in Rhode Island and the surrounding region.

c. ANDCO has sold the Workhorse Step Van style truck since approximately 1991, and as a result, a substantial aspect of ANDCO's d/b/a Anderson Motors' reputation has been built upon its unique ability to sell and service the Workhorse trucks which are nowhere else available for purchase or parts replacement services in Rhode Island or the surrounding region.

d. ANDCO has established its reputation in the state of Rhode Island and regionally as one of only a few full service truck dealers which can satisfy customers' needs for virtually every type of trucking vehicle application.

e. The Workhouse trucks represent a niche market which serves as a beacon to attract potential customers for the sale and servicing of other types of trucks.

f. In the commercial setting of the truck dealer business, the ability of ANDCO to provide a complete product line is as important, if not more important, than the amount of sales generated, and the Workhorse product line is a critical and prestigious product line for ANDCO.

g. If ANDCO were unable to offer the Workhorse truck, potential and existing customers, for whom the ability to purchase Workhorse vehicles along with their other trucking needs is paramount, will very likely choose to purchase from or transfer

their accounts to a competitor who offers the full spectrum of truck vehicles. ANDCO appreciates the significance that the loss of this product line will have on its business because in 1999, when the "P series" truck line of GMC was sold to Workhorse and there was a prolonged inability to obtain parts for service, some of our customers, dissatisfied with an inability to get parts, turned to our competitors to meet that particular application need. Once these customers began dealing with our competitors who were able to provide for all of their transportation needs when we were no longer able to do the same at that time, some of these customers switched their entire accounts from ANDCO to our competitors.

h. ANDCO's customers represent every aspect of the transportation and trucking industry for whom the decision to do business with ANDCO rests on ANDCO's ability to provide a full line of truck products, and more importantly, to provide the Workhorse vehicle when needed for a particular trucking application, whether that application is the customer's exclusive vehicle or whether it is needed in addition to their full fleet of other types of vehicles.

i. ANDCO has advertised the Workhorse Step Van truck in all its advertising and promotional materials, its catalogues, business cards, and at trade events, because of the distinction and prestige of being a full service trucking dealership able to meet all of the transportation application needs of ANDCO's commercial customers.

j. The loss of the Workhorse Step Van will erode the foundation on which ANDCO's business situation rests because the loss of this prestigious brand will damage the good will and reputation of ANDCO as a dealer uniquely capable of

providing this particular vehicle, its replacement parts, and servicing of the existing vehicles previously purchased from our company during the past 16 years, which purchases were made based upon the ANDCO reputation for longevity, reliability, and integrity. For ANDCO to be unable to continue to provide full service to these existing customers will irreparably damage ANDCO's reputation with both present and potential future customers.

k. The nature of the damage anticipated by a loss to ANDCO of the Workhorse franchise is not easily measured by damages – since we would be incapable of knowing the reason why our existing customers left, or why potential customers chose other dealerships – nor is the loss fully compensable in damages, because our reputation as a provider of both standard and prestigious niche market vehicles would be irreparably harmed.

l. ANDCO has two customer bases: (1) those customers for whom the Workhorse truck is the exclusive product to meet their needs; and (2) those fleet customers who require a variety of transportation vehicles, with the Workhorse truck being indispensable in order for these customers to fulfill all their truck transportation applications. One of the reasons our exclusive use and fleet customers remain loyal, is because ANDCO is the exclusive provider of the Workhorse truck in this area, and because ANDCO can meet the full spectrum of all of their transportation and trucking applications.

m. The loss of the Workhorse franchise will fundamentally damage ANDCO's economic viability.

14. ANDCO will be irreparably harmed such that money damages will not compensate the loss, without a Preliminary Injunction to protect ANDCO from irreparable harm pending the final determination by the Court regarding the wrongful termination by Workhorse of the ANDCO Workhorse truck franchise.

John E. Anderson, Sr.

John E. Anderson, Sr.

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

SUBSCRIBED AND SWORN TO before me this 24th day of May, 2007.

John E. Anderson Jr.

Notary Public

My Commission Expires: JOHN E. ANDERSON, JR.
Notary Public of Rhode Island
My Comm. Expires Nov. 19, 2009