AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

Andco, Inc. V. Workhorse Custom Chassis, LLC, et al.

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA07-159T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Joshua Teverow, Esq. | Louis Chronowski, Esq., James Oswald, Esq., Michael Levinson, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/29/07 | Debra D. Lajoie | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/29/07 | | | W-1, John E. Anderson |
| 1 | | 5/29/07 | X | FULL | Photograph of Workhorse Chassis |
| | | 5/29/07 | | | W-2, Bill Beach |
| | | 5/29/07 | | | W-3, John E. Anderson, Jr. |
| | | 5/29/07 | | | W-4, Louis Chronowski |
| | | 5/29/07 | | | W-5, Michael Levinson |

include a notation as to the location of any exhibit not held with the case file or not available because of size.