**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ANDCO, INC. d/b/a ANDERSON MOTORS,<br><br>Plaintiff,<br><br>v.<br><br>WORKHORSE CUSTOM CHASSIS, LLC and WORKHORSE SALES CORP.,<br><br>Defendants. | : | C.A. No.: 07-00159-T-LDA |

**STIPULATION FOR EXTENSION OF TIME**

Pursuant to Local Rule 22(a), Plaintiff and Defendant hereby stipulate that Defendant Workhorse Custom Chassis, LLC and Workhorse Sales Corp., shall have until June 12, 2007 to answer or otherwise respond to Plaintiffs' Verified Complaint.

WORKHORSE CUSTOM CHASSIS LLC
and WORKHORSE SALES CORP.

/s/ Geoffrey W. Millsom
James R. Oswald (#5727)
Geoffrey W. Millsom (#6483)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604
gmillsom@apslaw.com

ANDCO, INC. d/b/a
ANDERSON MOTORS

/s/ Joshua Teverow__________
Joshua Teverow, Esq. (#2132)
55 Pine Street
Providence, Rhode Island 02903
(401) 272-2900
Fax: (401) 331-2656
teverowlaw@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Stipulation for Extension of Time through the ECF system on the 6th day of June, 2007, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 07-00159-T-LDA.

/s/ Geoffrey W. Millsom

*419375_1.doc*