UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANDCO, INC. | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 07-CV-00159 |
| | : | |
| WORKHORSE CUSTOM CHASSIS, | : | |
| LLC and WORKHORSE SALES CORP. | : | |

**ENTRY OF APPEARANCE**

Kristie M. Passalacqua hereby enters her appearance on behalf of Plaintiff ANDCO, Inc. in the above-captioned action.

ANDCO, INC.

By: /s/ Kristie M. Passalacqua
Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600

Dated: August 7, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Entry of Appearance through the ECF system on the 7th day of August, 2007, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 07-00159-T-LDA, and by facsimile to counsel admitted *pro hac vice*.

Joshua Teverow, Esquire
teverowlaw@aol.com

James R. Oswald, Esquire
joswald@apslaw.com

Geoffrey W. Millsom
gmillsom@apslaw.com

Louis S. Chronowksi, Esquire
Michael R. Levinson, Esquire
Seyforth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577
Fax: 1-312-460-7891

/s/ Kristie M. Passalacqua

#654883