UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANDCO, INC. | : | |
| | : | |
| v. | : | C.A. NO. 07-00159-T |
| | : | |
| WORKHORSE CUSTOM CHASSIS, | : | |
| LLC and WORKHORSE SALES CORP. | : | |

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff ANDCO, Inc. hereby moves that Michael J. Connolly be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.


ANDCO, INC. d/b/a ANDERSON MOTORS,
By its attorney,

By: /s/ Kristie M. Passalacqua
Kelley A. Jordan-Price, Bar No. 4997
Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600

AND

Joshua Teverow, Esquire (#2132)
Joshua Teverow, Esquire, Ltd.
55 Pine Street
Providence, Rhode Island 02903
401-272-2900 (Phone)
401-331-2656 (Fax)


Dated: August 7, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of New Hampshire, Massachusetts, and New York and of the following Federal District Court and/or Court of Appeal Bar(s): U.S. Court of Appeals for the First Circuit, U.S. District Courts for the Southern and Eastern Districts of New York, U.S. District Court for the District of Massachusetts, and the United States Supreme Court and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) My last admission to appear before this Court *pro hac vice* occurred in January 2006 in the case captioned United States of America v. Robert A. Urcioli, et al., Criminal No. CR. 06-02T. I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

/s/ Michael J. Connolly

Michael J. Connolly (MA BBO # 638811)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Joshua Teverow
Joshua Teverow, Esquire (#2132)
Joshua Teverow, Esquire, Ltd.
55 Pine Street
Providence, Rhode Island 02903
401-272-2900 (Phone)
401-331-2656 (Fax)

/s/ Kelley A. Jordan-Price
Kelley A. Jordan-Price (#4997)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)

---

**ORDER**

This motion is hereby ____________________________________________

_____________________________
District Judge

Dated: ________________________

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Motion for Admission Pro Hac Vice through the ECF system on the 7th day of August, 2007, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 07-00159-T-LDA, and by facsimile to counsel admitted *pro hac vice*.

Josh Teverow, Esquire
teverowlaw@aol.com

James R. Oswald, Esquire
joswald@apslaw.com

Geoffrey W. Millsom
gmillsom@apslaw.com

Louis S. Chronowksi, Esquire
Michael R. Levinson, Esquire
Fax: 1-312-460-7891

/s/ Kristie M. Passalaqua