UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANDCO, INC. | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 07-CV-00159 |
| | : | |
| WORKHORSE CUSTOM CHASSIS, LLC and WORKHORSE SALES CORP. | : | |

**ENTRY OF APPEARANCE**

Kelley A. Jordan-Price hereby enters her appearance on behalf of Plaintiff ANDCO, Inc. in the above-captioned action.

ANDCO, INC.

By: ______________________

Kelley A. Jordan-Price, Bar No. 4997
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000
(617) 345-9020 Fax

Dated: August 7, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Entry of Appearance on the 8th day of August, 2007, and that notice will be sent all counsel identified on the Mailing Information for Case No. 07-00159-T-LDA, and also by facsimile to counsel admitted *pro hac vice*.

Joshua Teverow, Esquire
55 Pine Street, Suite 5
Providence, RI 02903
teverowlaw@aol.com

James R. Oswald, Esquire
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
joswald@apslaw.com

Geoffrey W. Millsom
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
gmillsom@apslaw.com

Louis S. Chronowksi, Esquire
Michael R. Levinson, Esquire
Seyforth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577
Fax: 1-312-460-7891