**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ANDCO, INC. d/b/a ANDERSON MOTORS, | : | |
| Plaintiff, | : | |
| v. | : | Civ. Action No.: |
| WORKHORSE CUSTOM CHASSIS, LLC and WORKHORSE SALES CORP., | : | 1:07-cv-00159-T-LDA |
| Defendants. | : | |

**FRCP Rule 41(a) STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a) and the parties' confidential settlement agreement, this matter is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

**SO STIPULATED:**

**DATED: April 30, 2008**

Respectfully submitted,

WORKHORSE CUSTOM CHASSIS, LLC
and WORKHORSE SALES CORP.

By /s/ Louis S. Chronowski
One of Their Attorneys

**DATED: April 30, 2008**

Respectfully submitted,

ANDCO, INC. d/b/a Anderson Motors

By /s/ Kelley A. Jordan-Price
One of Its Attorneys

**SO ORDERED:**

______________________________
Honorable Judge Torres
United States District Judge

CH2 20215346.1